| Attorney or Party Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| CUYLER SHAW<br>MIRANDA TSAI<br>ASHFORD & WRISTON LLP<br>P. O. Box 131<br>Honolulu, HI 96810<br>Ph: (808) 539-0400; Fax: (808) 533-4945<br>Email: cshaw@awlaw.com; mtsai@awlaw.com | |
| | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** |
| Debtor(s):<br>**James William Lull** | Case No.: **06-00898**<br>Chapter: **7**<br>Related Docket No.: **752** |

### ORDER ON APPLICATION FOR COMPENSATION / REIMBURSEMENT FOR EXPENSES

| Applicant: | **Ashford & Wriston LLP** |
|---|---|
| Capacity: | Attorneys for Trustee Ronald K. Kotoshirodo |
| Compensation period: [e.g., 1/1/2005 - 3/31/2006] | **12/18/2006 - 03/31/2008** |
| ☒ Hearing held: August 28, 2008 | ☐ Notice and opportunity for hearing - no objection |

The court finding the application for compensation and reimbursement for expenses to be reasonable, and, if a hearing was held, for the reasons stated in open court pursuant to Fed. R. Bankr. P. 7052,

**IT IS HEREBY ORDERED**: Pursuant to 11 U.S.C. § 330, the court allows and awards the following:

| Type of award | Compensation | Expenses |
|---|---|---|
| Interim | $ 273,845.43 | $ 21,789.77 |
| Final | $ | $ |

[*Amounts must be stated in US Dollars. If payment will be made in foreign currency, indicate approximate amount in US$, and state foreign currency amount below under "Other conditions."*]

☐ Payable upon entry of this order from funds being held by the trustee or debtor in possession, to the extent available.

☐ Payable upon entry of this order from funds being held in a trust account, to the extent available.

☐ Payable through a chapter 13 plan in accordance with plan provisions.

☒ Other conditions: Trustee to make immediate payment in full for expenses. Trustee to make a pro rated payment on the compensation amount of $273,845.43 in accordance with funds available until paid in full as deemed appropriate by the Trustee.

_____
United States Bankruptcy Judge
AUG 28 2008

hib_330ord     11/06