| Attorney or Party Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| CUYLER SHAW<br>MIRANDA TSAI<br>Ashford & Wriston LLP<br>1099 Alakea Street, 14th Floor<br>Honolulu, HI 96813<br>PH: (808) 539-0400; FAX (808) 533-4945<br>Email: cshaw@awlaw.com; mtsai@awlaw.com | |
| | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** |
| Debtor(s):<br>**James William Lull** | Case No.: **06-00898**<br>Chapter: 7<br>Related Docket No.: 906 |

## ORDER ON APPLICATION FOR COMPENSATION / REIMBURSEMENT FOR EXPENSES

| Applicant: | **Ashford & Wriston LLP** |
|---|---|
| Capacity: | General counsel for Ronald K. Kotoshirodo, Trustee |
| Compensation period: [e.g., 1/1/2005 - 3/31/2006] | 04/01/2008 - 09/30/2008 |
| ☒ Hearing held: March 12, 2009 | ☐ Notice and opportunity for hearing - no objection |

The court finding the application for compensation and reimbursement for expenses to be reasonable, and, if a hearing was held, for the reasons stated in open court pursuant to Fed. R. Bankr. P. 7052,

**IT IS HEREBY ORDERED**: Pursuant to 11 U.S.C. § 330, the court allows and awards the following:

| Type of award | Compensation | Expenses |
|---|---|---|
| Interim | $ 69,992.12 | $ 2,448.56 |
| Final | $ | $ |

[*Amounts must be stated in US Dollars. If payment will be made in foreign currency, indicate approximate amount in US$, and state foreign currency amount below under "Other conditions."*]

☐ Payable upon entry of this order from funds being held by the trustee or debtor in possession, to the extent available.

☐ Payable upon entry of this order from funds being held in a trust account, to the extent available.

☐ Payable through a chapter 13 plan in accordance with plan provisions.

☒ Other conditions: 50% of fees and 100% of expenses to be paid by the Trustee now. The balance of such fees, less the holdback, if any, required by the Office of the United States Trustee, to be paid at such time as the Trustee deems that the estate has sufficient funds to pay the balance.

hib_330ord     11/06