DAVID E. MCALLISTER (7660)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385.
dmcallister@piteduncan.com

DAVID B. ROSEN (7152-0)
LAW OFFICE OF DAVID B. ROSEN, ALC
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.:  (808) 523-9393
Fax: (808) 523-9595
E-mail: RosenLaw@hawaii.rr.com
(Local Counsel for Movant)

Attorneys for  AURORA LOAN SERVICES LLC, AS SERVICING AGENT FOR
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
SOLELY AS NOMINEE FOR INTEGRITY FUNDING GROUP, INC.,
its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>JAMES WILLIAM LULL,<br><br>              Debtor(s). | Case No. 06-00898<br>(Chapter 7)<br><br>Date:    April 8, 2009<br>Time:   1:30 p.m.<br>Judge:   Honorable Judge Lloyd King |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

AURORA LOAN SERVICES LLC, AS SERVICING AGENT FOR
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS
NOMINEE FOR INTEGRITY FUNDING GROUP, INC., its successors and/or assigns
("Movant"), moves this Court for relief from the automatic stay to permit Movant, with
respect to its loan secured by the real property commonly known as 4030 Pali Moana Pl,

Kilauea, Hawaii 96754 ("Property"), to exercise its foreclosure and other rights relating to the Property, subject to there not being enforcement (against Debtor's assets or Debtor's estate) of any deficiency judgment without further order of the court.

This Motion is made pursuant to 28 U.S.C. § 157(a) and § 1334, Bankruptcy Rule 4001, 11 U.S.C. §§ 105, 109(g), 362, LBR 4001, the Memorandum in Support of Motion for Relief From Automatic Stay and Declaration in Support of Motion for Relief From Automatic Stay simultaneously filed herein, the records and files in the case, and such other and further matters as may be adduced herein.

Dated: March 18, 2009            PITE DUNCAN, LLP


/s/ DAVID E. MCALLISTER
Attorneys for AURORA LOAN
SERVICES LLC, AS SERVICING
AGENT FOR MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., SOLELY AS
NOMINEE FOR INTEGRITY
FUNDING GROUP, INC., its
successors and/or assigns

DAVID B. ROSEN
LAW OFFICE OF DAVID B.
ROSEN, ALC
Local Counsel for AURORA LOAN
SERVICES LLC, AS SERVICING
AGENT FOR MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., SOLELY AS
NOMINEE FOR INTEGRITY
FUNDING GROUP, INC., its
successors and/or assigns