| Trustee Name, Address, Phone, Fax, Email: | | |
|---|---|---|
| Ronald K. Kotoshirodo, Esq.<br>Attorney At Law * A Law Corporation<br>1136 Union Mall, Ste. 305<br>Honolulu, Hawaii 96817<br>Telephone: (808) 545-7700<br>Fax: (808) 545-7100<br>E-mail: rkotoshirodo@hawaii.rr.com | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2016 JAN 14 P 1:43<br>MICHAEL B. DOWLING<br>CLERK OF COURT | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII |
| Debtor(s): James William Lull | Case No.: 06-00898<br>Chapter 7 |  |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011: This amount represents unclaimed funds on the claim(s) listed below. | $ 48,507.61 |
|---|---|

*[List claimants for unclaimed funds below - attach continuation sheets if necessary.]*

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| | Please see the attached Exhibit "A" | $ |
| | | $ |
| | | $ |
| | | $ |

Dated: January 14, 2016

/s/ _____
Trustee

hib_301ntc  2/07  [ECF: Trustee/US Trustee - Notice of Deposit of Unclaimed Funds]

U.S. Bankruptcy Court - Hawaii   #06-00898   Dkt # 1739   Filed 01/14/16   Page 1 of 2

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| | Paul Veldhuis<br>3417 202nd Street SW<br>Lynnwood, WA 98036 | $436.80 |
| 7 | Ceasar's Palace Hotel & Casino<br>Robert G. Aisenstein, Esq.<br>2846 Scotts Valley Drive<br>Henderson, NV 89052 | $1,151.29 |
| 17 | Aloha Family Ventures<br>c/o Michael Lilly, Esq.<br>707 Richards Street, #700<br>Honolulu, HI 96813 | $9,592.54 |
| 20 | Bruce Irons, Inc.<br>c/o Irons Management Group<br>PO Box 509<br>Hanalei, HI 96714 | $12,526.09 |
| 34 | Edelle Sher<br>5880 Kahiliholo Rd.<br>Kilauea, HI 96754 | $24,800.89 |

Exhibit "A"