

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_3011-1 (1/11)

| Debtor: James Lull | Case No.: 06-00898 |
| --- | --- |
| Joint Debtor: (if any) | Chapter: 7 |

## APPROVAL OF APPLICATION FOR UNCLAIMED FUNDS

Name of Claimant: Edelle Sher

Applicant's Name and Address: (Check will be sent to this address)
Edelle Sher
3800 Kamehameha Rd #6
Princeville, HI 96722

### VERIFICATION OF FUNDS ON DEPOSIT

The court's financial records indicate that funds in the following amount are being held for the claimant named above:

Date: 3/3/16

Deputy Clerk: [signature]

$24,800.89

### STATEMENT BY UNITED STATES ATTORNEY

The undersigned is authorized to make this statement on behalf of the United States Attorney for the District of Hawaii. The United States Attorney has no objection to the payment of unclaimed funds to the applicant named above.

Date: 2/29/16

for the United States Attorney: [signature]

Name and Title: Edric M. Ching, Asst. US Attorney

### ORDER APPROVING APPLICATION FOR UNCLAIMED FUNDS

For good cause,
IT IS HEREBY ORDERED that the application for unclaimed funds is APPROVED. The clerk may disburse the above amount of funds to the applicant named above.

Date: 3/4/2016

United States Bankruptcy Judge: [signature]